ACCEPTED
01-13-00816-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/18/2015 1:32:18 PM
CHRISTOPHER PRINE
CLERK

Case 01-13-00816-CV

RETAKA ROMEO NELSON,

  Appellant,

*v.*

SHANNON BROCHETTE NELSON,

  Appellee.

First Court of Appeals
Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/18/2015 1:32:18 PM
CHRISTOPHER A. PRINE
Clerk

### Leif Olson's Motion to Withdraw as Counsel

Leif A. Olson moves, under Texas Rule of Appellate Procedure 6.5, for leave to withdraw from his *pro bono* representation of Retaka Nelson. Good cause exists for this withdrawal under Texas Rule of Disciplinary Conduct 1.15(b)(5) and (7), and the withdrawal will not have a material adverse effect on Nelson's interest.

### A. Appellant's last known contact information.

Retaka Nelson
700 N. Valley St., Suite B
Anaheim, California 92801
(832) 590-9295 (mobile)
thetakesta@gmail.com

### B. Delivery and notification.

I delivered a copy of this motion to Nelson by email and by certified and first-class mail to his last-known mailing address. The motion is accompanied by a written notification that he has the right to object to the motion.

### C. Settings.

There are no settings.

## D. Current deadlines.

| This date: | Is the deadline to: |
| --- | --- |
| March 27, 2015 | File a motion for rehearing or rehearing *en banc* (TEX. R. APP. P. 49.1, 49.7) |
| April 13, 2015 | If necessary, file a motion to extend the deadline to file a motion for rehearing (TEX. R. APP. P. 49.8, 4.1(a)) |
| April 27, 2015 | File a petition for review with the Supreme Court of Texas (TEX. R. APP. P. 53.7(a)(1), 4.1(a)) |
| 45 days after the Court's ruling | File a petition for review with the Supreme Court of Texas, if Nelson files a timely motion for rehearing (TEX. R. APP. P. 53.7(a)(2)) |
| 15 days after the petition deadline | File, if necessary, a motion with the Supreme Court of Texas to extend the time to file a petition for review (TEX. R. APP. P. 53.7(f)) |

## E. Prayer.

Olson prays (1) that the Court permit him to withdraw as Nelson's counsel and (2) for all other relief to which he may be entitled.

Respectfully submitted,

THE OLSON FIRM PLLC

/s/ Leif A. Olson

Leif A. Olson
 Texas Bar No. 24032801
 leif@olsonappeals.com
PMB 188
4830 Wilson Road, Suite 300
Humble, Texas 77396
(281) 849-8382
(281) 248-2190 (fax)

## Certificate of Conference

On March 18, 2015, Shari Goldsberry, counsel for Appellee Shannon Nelson, informed me that Shannon doesn't oppose this motion.

/s/ Leif A. Olson

## Certificate of Service

On March 18, 2015, this *Leif Olson's Motion to Withdraw as Counsel* was served upon:

Shari Goldsberry
Goldsberry & Assocs., PLLC
3027 Marina Bay Drive, Ste. 108
League City, Texas 77573
shari@goldsberrylaw.com
**Counsel for Appellee**
**Shannon Brochette Nelson**
*by electronic filing*

Retaka Nelson
700 N. Valley St., Suite B
Anaheim, California 92801
thetakesta@gmail.com
**Appellant**
*by email, first-class mail, and certified mail – return receipt requested*

/s/ Leif A. Olson